756 F.2d 1482
 Carl Ray SONGER, Petitioner-Appellant,
v.
Louie L. WAINWRIGHT, Secretary, Florida Department of
Corrections, Richard Dugger, Superintendent,
Florida State Prison, Starke, Florida,
Respondents-Appellees.
 No. 85-3064.
 United States Court of Appeals,
Eleventh Circuit.
 March 20, 1985.
 
 Deval L. Patrick, New York City, Dorean M. Koenig, Lansing, Mich., for petitioner-appellant.
 Peggy A. Quince, Asst. Atty. Gen., Tampa, Fla., for respondents-appellees.
 Appeal from the United States District Court for the Middle District of Florida; Howell W. Melton, Judge.
 Prior Report: 756 F.2d 800 (11th Cir.1985).
 Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, ANDERSON and CLARK, Circuit Judges.*
 
 BY THE COURT:
 
 1
 On the court's own motion, a majority of the judges in active service having voted in favor of hearing the captioned appeal en banc,
 
 
 2
 IT IS ORDERED that this case shall be heard by this court sitting en banc, with oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs.
 
 
 
 *
 Judge Hatchett is disqualified and did not participate in this decision